UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY BEJARANO, | No. 2:17-cv-0812 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| DAVID BAUGHMAN, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file objections to the July 27, 2017 findings and recommendations. The court vacated the findings and recommendations pursuant to the August 11, 2017 court order. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 11) is denied as moot.

Dated: August 21, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/beja0812.36obj